# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PEGGY S. AMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CIVIL NO. 08-508-PMF |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came before the Court for judicial review of the Commissioner's decision. The Court having rendered its decision affirming the Commissioner's final decision denying disability benefits and supplemental security income,,

**IT IS ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered in favor of the defendant, Commissioner of Social Security, and against plaintiff, Peggy S. Ames.

DATED: April 27, 2009.

JUSTINE FLANAGAN, ACTING CLERK

By: *s/Karen Metheney*
    **Deputy Clerk**

**APPROVED:**

*s/Philip M. Frazier*
**Hon. Philip M. Frazier**
**United States Magistrate Judge**